## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| **JEFF MOWRY,** | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | No. 2:24-cv-00065-SDN |
| | ) | |
| **TOWN OF ACTON,** | ) | |
| | ) | |
| Defendant | ) | |

### RECOMMENDED DECISION ON MOTION TO DISMISS

In this retaliation case, Jeff Mowry brings claims against the Town of Acton for violations of Title VII of the Civil Rights Act of 1964, the Maine Human Rights Act, and the Maine Whistleblower Protection Act. *See* Complaint (ECF No. 1) at 1. The Town of Acton now moves to dismiss the complaint with prejudice and without costs. *See* Motion to Dismiss (ECF No. 16) at 1-2.

Mowry's attorneys filed a motion to withdraw (ECF No. 12) in January 2025, explaining that they had been unable to contact Mowry since August 2024. I reserved ruling on the motion to withdraw (ECF No. 14) until February 3, 2025, to allow Mowry time to advise me in writing of his position on his attorneys' request. After receiving no response, I granted the motion to withdraw (ECF No. 15) and ordered Mowry to obtain new counsel or file a pro se entry of appearance by March 5, 2025, failing which his case would be dismissed. To date, Mowry has accomplished neither directive; accordingly, I recommend that the Court **GRANT** the Town of Acton's motion and **DISMISS** Mowry's complaint without prejudice and without costs.

1

## *NOTICE*

*In accordance with Federal Rule of Civil Procedure 72(a), a party may serve and file an objection to this order within fourteen (14) days after being served with a copy thereof.*

*Failure to file a timely objection shall constitute a waiver of the right to review by the District Court and to any further appeal of this order.*

Dated: March 10, 2025

/s/ Karen Frink Wolf
United States Magistrate Judge