UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| JEFF MOWRY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:24-CV-00065-SDN |
| | ) | |
| TOWN OF ACTON, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER AFFIRMING RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE**

On March 10, 2025, the United States Magistrate Judge filed with the Court, with copies to Plaintiff Jeff Mowry and Defendant Town of Acton, her Recommended Decision on Motion to Dismiss (ECF No. 17). The time within which to file objections has expired, and no objections have been filed. Mr. Mowry has not made any effort to participate in his suit. The Magistrate Judge notified the parties that failure to object would waive their right to review by the District Court, and she notified Mr. Mowry of the consequences of his continued failure to prosecute.

It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED and ADOPTED. This matter is DISMISSED for failure to prosecute.

**SO ORDERED.**

Dated this 8th day of May, 2025.

/s/ Stacey D. Neumann
**U.S. DISTRICT JUDGE**